UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 23-cv-24543-PCH

JESUS GONZALEZ,

      Plaintiff,

v.

WEST SUNSET SQUARE MEMBERS LLC,
and SABINA 40 ST LLC,

      Defendants.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, Jesus Gonzalez, by and through the undersigned counsel, hereby notifies the Court that the Parties have reached an agreement in principle that resolves all claims that were or could have been brought in this action and are in the process of working on the Settlement Agreement. The Parties request that the Court stay all matters and pending deadlines in this action and grant the Parties thirty (30) days to finalize their written Settlement Agreement and to file a Stipulation of Dismissal with Prejudice.

Respectfully submitted on January 19, 2024.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*

**Gonzalez v. West Sunset Square**
**Case No. 23-cv-24543-PCH**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 19, 2024, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*